455 A.2d 188

Commonwealth v. Griffin, Appellant.

Submitted June 2, 1982.  Ben W. Joseph, for appellant;

Jane Culter Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

Judgment of sentence affirmed.